## WELL *v.* JACKSON.

### Present....All the Judges.

Each party is liable to the clerk of this Court for the

CALDWELL, the clerk of this Court, obtained a rule against Jackson, to show cause why an attachment should not issue for non-payment of his fees in the suit

of Winchester against Jackson, which had been dismissed on the motion of Jackson, with costs, at a former term.

CALD-
WELL
*v.*
JACKSON.

MILNOR, now shewed cause, and contended, that Jackson was not liable to the clerk for his fees, inasmuch as Jackson was the Defendant in error, and the writ of error had been dismissed with costs. The clerk must look to the Plaintiff in error for all the costs. The bill, which had been rendered, included the expense of a copy of the record, which is not regularly taxable as costs, and therefore the non-payment of that charge can be no ground for an attachment.

*es due to him from each party respectively.*

*A copy of the record is not a part of the taxable costs of suit to be recovered by one party against the other; but the party, who requests the copy, must pay the clerk for it.*

DUVALL, J. In Maryland, each party pays to the clerk his own fees; that is, the fees for those services which the clerk has performed *for him;* and the successful party recovers them from his antagonist. If either party requires a copy of the record he must pay for it, as for any other service performed; but it is not a part of the costs which are to be taxed against the other party, as costs of suit.

*March 13th.....All the Judges being present,*

MARSHALL, *Ch. J.* stated the opinion of the Court to be, that each party was liable to the clerk for his fees for services performed for such party; and it is immaterial to the clerk which party recovers judgment.

*Rule absolute.*